# ALAN GIORDANI
## Attorney at Law
### 82-14 60th Road
### Middle Village, New York 11379
### (718) 898-7077

RECEIVED
SDNY DOCKET UNIT
2018 OCT 16  AM 10: 51

June 23, 2018

United States District Court (SDNY)
Clerk of Court
500 Pearl Street
New York, N.Y. 10007

Re: Giordani S.D.N.Y. 18 CV 3112
AVG 2407 (admitted 1990)

Dear Sir/Madam,

    Please file and update this Court file with the from the New York State Commission on Judicial Conduct date May 31, 2018. Thank you for your anticipated prompt attention.

Very truly yours,

Alan Giordani



## NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

JOSEPH W. BELLUCK, CHAIR
PAUL B. HARDING, VICE CHAIR
JODIE CORNGOLD
HON. JOHN A. FALK
TAA GRAYS
HON. LESLIE G. LEACH
HON. ANGELA M. MAZZARELLI
MARVIN RAY RASKIN
RICHARD A. STOLOFF
AKOSUA GARCIA YEBOAH
MEMBERS

JEAN M. SAVANYU, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    646-458-0038
TELEPHONE       FACSIMILE
www.cjc.ny.gov

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

MARK LEVINE
DEPUTY ADMINISTRATOR

PAMELA TISHMAN
PRINCIPAL ATTORNEY

BRENDA CORREA
SENIOR ATTORNEY

KELVIN S. DAVIS
DANIEL W. DAVIS
STAFF ATTORNEY

ALAN W. FRIEDBERG
MELISSA DIPALO
SPECIAL COUNSEL

**CONFIDENTIAL**

May 31, 2018

Alan Giordani
Attorney at Law
82-14 60th Road
Middle Village, New York 11379

Re: 2018/N-0458

Dear Mr. Giordani:

This is to acknowledge receipt by the State Commission on Judicial Conduct of your complaint dated April 24, 2018.

Your complaint will be presented to the Commission, which will decide whether or not to inquire into it. We will contact you after the Commission has reviewed the matter.

For your information, we have enclosed some background material about the Commission, its jurisdiction and its limitations.

Very truly yours,

Laura Achilla Soto
Assistant Administrative Officer

Encl.

ALAN GIORDANI
82-14 60th Road
Middle Village, N.Y. 11379

USM P3
SDNY

United States District Court (SDNY)
Clerk of Court
500 Pearl Street
New York, N.Y. 10007